UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

**PAYMENT ADVICES COVER SHEET**
in Accordance With 11 U.S.C. Sec. 521(a)(1)(B)(iv)

In re:                                                    Case No._____

Steven Horowitz                                           Chapter: 7

                    Debtor(s)

*Please Check the Appropriate Box.*

***For Debtor:***

[✓]   Payment Advices are Attached.

  •   Number of Payment Advices Attached: 5
  •   Period Covered: 09/14/2014 Through 11/28/2014 _____ (If period covered is less than 60 days or 8 weeks, attach an explanation)
  •   Number of Employers From Whom Debtor Received Payment Advices During the 60 Days Prior to Filing the Bankruptcy Petition: 1

***For Joint Debtor, if applicable:***

[ ]   Payment Advices are Attached.

  •   Number of Payment Advices Attached: _____
  •   Period Covered: _____ (If period covered is less than 60 days or 8 weeks, attach an explanation)
  •   Number of Employers From Whom Debtor Received Payment Advices During the 60 Days Prior to Filing the Bankruptcy Petition: _____

---

***For Debtor:***

[ ]   No Payment Advices are Attached (the debtor had no income from any employer during the 60 Days Prior to Filing the Bankruptcy Petition).

[ ]   No Payment Advices are Attached for Some Other Reason. *(Attach an explanation)*

***For Joint Debtor, if applicable:***

[ ]   No Payment Advices are Attached (the debtor had no income from any employer during the 60 Days Prior to Filing the Bankruptcy Petition).

[ ]   No Payment Advices are Attached for Some Other Reason. *(Attach an explanation)*

I declare under penalty of perjury that I have read this Payment Advices Cover Sheet and the attached payment advices, consisting of __5__ sheets, numbered 1 through __5__, and that they are true and correct to the best of my knowledge, information and belief.

Signature of Debtor:  /s/ Steven Horowitz _____        Date: 12/19/2014 _____

Signature of Joint Debtor: _____              Date: _____

Payment Advices Cover Sheet 4/11/06                         Deputy Clerk's Initials:_____

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |  |
|---|---|---|---|---|---|
| FZ8 | 005527 | 055000 | 1 | 0000400591 | 1 |

NEW PENN FINANCIAL, LLC
4000 CHEMICAL ROAD SUITE 200
PLYMOUTH MEETING, PA-19462
COMPANY PH#:484-594-1029

## Earnings Statement

Period Beginning:   09/14/2014
Period Ending:      09/27/2014
Pay Date:           10/03/2014

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal:   10
  NY:         5

STEVEN HOROWITZ
7 DOE LANE
COMMACK NY 11725

Social Security Number: XXX-XX-XXXX

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 8.7500 | 68.02 | 595.18 | 13,153.10 |
| Overtime | 13.1250 | 2.72 | 35.70 | 1,676.05 |
| Float Holiday | 8.7500 | 8.00 | 70.00 | 70.00 |
| Pto | 8.7500 | 8.00 | 70.00 | 630.00 |
| Bereavement |  |  |  | 70.00 |
| Commission Ot |  |  |  | 701.14 |
| Holiday |  |  |  | 350.00 |
| Sales - Comm |  |  |  | 16,837.29 |
| Shutdown |  |  |  | 26.25 |
| **Gross Pay** |  |  | **$770.98** | 33,513.83 |

* Excluded from federal taxable wages
  Your federal taxable wages this period are $654.33

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K Er Match | 3.86 | 167.58 |
| Float Balance |  | 0.00 |
| Pto Balance |  | 20.40 |

| Deductions | Statutory |  |  |
|---|---|---|---|
|  | Social Security Tax | -41.05 | 1,948.77 |
|  | Medicare Tax | -9.60 | 455.76 |
|  | NY State Income Tax | -7.33 | 1,266.26 |
|  | NY SUI/SDI Tax | -1.20 | 24.00 |
|  | Federal Income Tax |  | 2,095.05 |
|  | **Other** |  |  |
|  | Dental | -7.29* | 154.48 |
|  | Hsa Employee | -75.00* | 950.00 |
|  | Medical | -26.55* | 977.60 |
|  | 401K Ee Pre-Tax | -7.71* | 335.15 |
|  | **Net Pay** | **$595.15** |  |
|  | Checking 1 | -595.15 |  |
|  | **Net Check** | **$0.00** |  |

© 2000 ADP, LLC

NEW PENN FINANCIAL, LLC
4000 CHEMICAL ROAD SUITE 200
PLYMOUTH MEETING, PA-19462
COMPANY PH#:484-594-1029

Advice number:   00000400591
Pay date:        10/03/2014

Deposited to the account of
STEVEN HOROWITZ

| account number | transit | ABA | amount |
|---|---|---|---|
| xxxxxxxx4565 | xxxx | xxxx | $595.15 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO.  FILE  DEPT  CLOCK  VCHR. NO. |
|---|
| FZ8  009652  055030  1  00000420591  1 |

NEW PENN FINANCIAL, LLC
4000 CHEMICAL ROAD SUITE 200
PLYMOUTH MEETING, PA-19462
COMPANY PH#:484-594-1029

**Earnings   Statement**                                ADP

Period Beginning:   09/28/2014
Period Ending:      10/11/2014
Pay Date:           10/17/2014

Taxable Marital Status: Single
Exemptions/Allowances:
    Federal:   15
    NY:         5

STEVEN HOROWITZ
7 DOE LANE
COMMACK NY 11725

Social Security Number: XXX-XX-XXXX

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 8.7500 | 74.97 | 655.99 | 13,809.09 |
| Overtime | 13.1250 | 4.17 | 54.73 | 1,730.78 |
| Commission Ot | | | 326.80 | 1,027.94 |
| Pto | 8.7500 | 8.00 | 70.00 | 700.00 |
| Sales - Comm | | | 12,824.63 | 29,661.92 |
| Bereavement | | | | 70.00 |
| Float Holiday | | | | 70.00 |
| Holiday | | | | 350.00 |
| Shutdown | | | | 26.25 |
| **Gross Pay** | | | **$13,932.15** | 47,445.98 |

* Excluded from federal taxable wages

Your federal taxable wages this period are
$13,683.99

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K Er Match | 69.66 | 237.24 |
| Float Balance | | 0.00 |
| Pto Balance | | 17.02 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -3,114.33 | 5,209.38 |
| | Social Security Tax | -857.04 | 2,805.81 |
| | Medicare Tax | -200.44 | 656.20 |
| | NY State Income Tax | -954.76 | 2,221.02 |
| | NY SUI/SDI Tax | -1.20 | 25.20 |
| | **Other** | | |
| | Dental | -7.29* | 161.77 |
| | Hsa Employee | -75.00* | 1,025.00 |
| | Medical | -26.55* | 1,004.15 |
| | 401K Ee Pre-Tax | -139.32* | 474.47 |
| | **Net Pay** | **$8,556.22** | |
| | Checking 1 | -8,556.22 | |
| | **Net Check** | **$0.00** | |

©2000 ADP, LLC

NEW PENN FINANCIAL, LLC
4000 CHEMICAL ROAD SUITE 200
PLYMOUTH MEETING, PA-19462
COMPANY PH#:484-594-1029

Advice number:   00000420591
Pay date:        10/17/2014

Deposited to the account of
STEVEN HOROWITZ

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx4565 | xxxx xxxx | $8,556.22 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

2

```
                                          Earnings  Statement                    ADP
 CO   FILE  DEPT  CLOCK  VCHR. NO.  005
 FZ8  100552 055000  1    0000440592

 NEW PENN FINANCIAL, LLC                  Period Beginning:     10/12/2014
 4000 CHEMICAL ROAD SUITE 200              Period Ending:        10/25/2014
 PLYMOUTH MEETING, PA-19462                Pay Date:             10/31/2014
 COMPANY PH#:484-594-1029


 Taxable Marital Status:   Single
 Exemptions/Allowances:                    STEVEN  HOROWITZ
    Federal:     15                        7 DOE LANE
    NY:          5                         COMMACK NY 11725


 Social Security Number:  XXX-XX-XXXX
 Earnings       rate    hours   this period   year to date    * Excluded from federal taxable wages
 Regular       8.7500   80.00     700.00      14,509.09          Your federal taxable wages this period are $671.87
 Overtime     13.1250    6.75      88.60       1,819.38
 Bereavement                                     70.00       Other Benefits and
 Commission Ot                                1,027.94        Information          this period       total to date
 Float Holiday                                   70.00        401K Er Match            3.94               241.18
 Holiday                                        350.00
 Pto                                            700.00        Float Balance                               0.00
 Sales Comm                                  29,661.92        Pto Balance                                21.64
 Shutdown                                        26.25
 Gross Pay              $788.60              48,234.58


 Deductions   Statutory
              Social Security Tax     -42.15    2,847.96
              Medicare Tax             -9.85      666.05
              NY State Income Tax      -8.03    2,229.05
              NY SUI/SDI Tax           -1.20       26.40
              Federal Income Tax                5,209.38

              Other
              Dental                   -7.29*     169.06
              Hsa Employee            -75.00*   1,100.00
              Medical                 -26.55*   1,030.70
              401K Ee Pre-Tax          -7.89*     482.36
 Net Pay                              $610.64
              Checking 1             -610.64
 Net Check                              $0.00
```

© 2000 ADP, LLC

```
 NEW PENN FINANCIAL, LLC                   Advice number:      00000440592
 4000 CHEMICAL ROAD SUITE 200               Pay date:           10/31/2014
 PLYMOUTH MEETING, PA-19462
 COMPANY PH#:484-594-1029

 Deposited to the account of                account number    transit  ABA       amount
 STEVEN HOROWITZ                             xxxxxxxx4565      xxxx  xxxx        $610.64
```

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

3

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 055 |
|---|---|---|---|---|---|
| FZ8 | 000302 | 045000 | | 0000460596 | 1 |

NEW PENN FINANCIAL, LLC
4000 CHEMICAL ROAD SUITE 200
PLYMOUTH MEETING, PA-19462
COMPANY PH#:484-594-1029

**Earnings Statement**　　　　　　　　　　ADP

Period Beginning: 10/26/2014
Period Ending: 11/08/2014
Pay Date: 11/14/2014

Taxable Marital Status: Single
Exemptions/Allowances:
　Federal: 15
　NY: 5

STEVEN HOROWITZ
7 DOE LANE
COMMACK NY 11725

Social Security Number: XXX-XX-XXXX

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 8.7500 | 80.00 | 700.00 | 15,209.09 |
| Overtime | 13.1250 | 7.49 | 98.31 | 1,917.69 |
| Bereavement | | | | 70.00 |
| Commission Ot | | | | 1,027.94 |
| Float Holiday | | | | 70.00 |
| Holiday | | | | 350.00 |
| Pto | | | | 700.00 |
| Sales -Comm | | | | 29,661.92 |
| Shutdown | | | | 26.25 |
| **Gross Pay** | | | **$798.31** | 49,032.89 |

* Excluded from federal taxable wages
　Your federal taxable wages this period are $681.49

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K Er Match | 3.99 | 245.17 |
| Float Balance | | 0.00 |
| Pto Balance | | 26.26 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -42.75 | 2,890.71 |
| | Medicare Tax | -10.00 | 676.05 |
| | NY State Income Tax | -8.41 | 2,237.46 |
| | NY SUI/SDI Tax | -1.20 | 27.60 |
| | Federal Income Tax | | 5,209.38 |
| | **Other** | | |
| | Dental | -7.29* | 176.35 |
| | Hsa Employee | -75.00* | 1,175.00 |
| | Medical | -26.55* | 1,057.25 |
| | 401K Ee Pre-Tax | -7.98* | 490.34 |
| **Net Pay** | | **$619.13** | |
| | Checking 1 | -619.13 | |
| **Net Check** | | **$0.00** | |

© 2000 ADP, LLC

NEW PENN FINANCIAL, LLC
4000 CHEMICAL ROAD SUITE 200
PLYMOUTH MEETING, PA-19462
COMPANY PH#:484-594-1029

Advice number: 00000460596
Pay date: 11/14/2014

THIS IS NOT A CHECK

Deposited to the account of: STEVEN HOROWITZ

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx4565 | xxxx xxxx | $619.13 |

**NON-NEGOTIABLE**

4

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 085 |
|---|---|---|---|---|---|
| FZ8 | 000652 | 055000 | 1 | 0000480607 | 1 |

**Earnings Statement**  ADP

NEW PENN FINANCIAL, LLC
4000 CHEMICAL ROAD SUITE 200
PLYMOUTH, MEETING, PA-19462
COMPANY PH#:484-594-1029

Period Beginning:   11/09/2014
Period Ending:      11/22/2014
Pay Date:           11/28/2014

Taxable Marital Status: Single
Exemptions/Allowances:
    Federal:   15
    NY:         5

STEVEN HOROWITZ
7 DOE LANE
COMMACK NY 11725

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 8.7500 | 80.00 | 700.00 | 15,909.09 |
| Overtime | 13.1250 | 10.85 | 142.40 | 2,060.09 |
| Bereavement | | | | 70.00 |
| Commission Ot | | | | 1,027.94 |
| Float Holiday | | | | 70.00 |
| Holiday | | | | 350.00 |
| Pto | | | | 700.00 |
| Sales - Comm | | | | 29,661.92 |
| Shutdown | | | | 26.25 |
| **Gross Pay** | | | **$842.40** | 49,875.29 |

* Excluded from federal taxable wages
  Your federal taxable wages this period are $725.14

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K Er Match | 4.21 | 249.38 |
| Float Balance | | 0.00 |
| Pto Balance | | 30.88 |

**Deductions**

| Statutory | | |
|---|---|---|
| Social Security Tax | -45.48 | 2,936.19 |
| Medicare Tax | -10.64 | 686.69 |
| NY State Income Tax | -10.16 | 2,247.62 |
| NY SUI/SDI Tax | -1.20 | 28.80 |
| Federal Income Tax | | 5,209.38 |

| Other | | |
|---|---|---|
| Dental | -7.29* | 183.64 |
| Hsa Employee | -75.00* | 1,250.00 |
| Medical | -26.55* | 1,083.80 |
| 401K Ee Pre-Tax | -8.42* | 498.76 |
| **Net Pay** | **$657.66** | |
| Checking 1 | -657.66 | |
| **Net Check** | **$0.00** | |

© 2000 ADP, LLC

NEW PENN FINANCIAL, LLC
4000 CHEMICAL ROAD SUITE 200
PLYMOUTH MEETING, PA-19462
COMPANY PH#:484-594-1029

Advice number:   00000480607
Pay date:        11/28/2014

Deposited to the account of
STEVEN HOROWITZ

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx4565 | xxxx xxxx | $657.66 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

5